Universal Talking Machine Manufacturing Company, Appellant, v. Max Landay and James B. Landay, Formerly Doing Business under the Firm Name of Landay Brothers, Respondents.— Judgment and order affirmed, with costs. No opinion.

James S. Fearon and Others, Copartners, Trading under the Firm Name and Style of Fearon, Daniel & Company, Appellants, v. The Putnam-Hooker Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

The Forty-two Broadway Company, Respondent, v. Laura B. Fitch, as Executrix, etc., of Francis Fitch, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion.

Samuel Riker, Jr., as Trustee in Bankruptcy of Edward E. Gwynne, Respondent, v. Helen S. Gwynne, as Administratrix, etc., of Edward E. Gwynne, Deceased, and Others, Appellants.—Judgment affirmed, with costs. No opinion.

William S. Andrews, Respondent, v. Daniel Le Roy Dresser, Appellant. — Judgment and order affirmed, with costs. No opinion. Scott, J., dissented.

Franklin Matthews, Appellant, v. Victor Hotel Company, Respondent. — Determination affirmed, with costs. No opinion.

Rose Enthoven, Appellant, v. American Fidelity Company, Respondent.— Judgment and orders affirmed, with costs. No opinion. Laughlin, J., dissented.

In the Matter of Acquiring Title by The City of New York, Respondent, to Certain Lands and Premises on the Westerly Side of Avenue A, or South Place, and the Northerly Side of Fifty-ninth Street and the Southerly Side of Sixtieth Street, between Avenue A, or Sutton Place, and First Avenue, in the Borough of Manhattan, in the City of New York, Duly Selected with Other Property as a Site for the Blackwell's Island Bridge Approach. Catherine Dunn and Others, Appellants.— Order affirmed, with costs.

The German Savings Bank in the City of New York, Respondent, v. Catharine E. Dunn, Appellant, Impleaded with The City of New York. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer on payment of costs. No opinion.

Electric Storage Battery Company, Respondent, v. Empire State Surety Company, Appellant.— Judgment affirmed, with costs. No opinion.

Richard Carvel, Respondent, v. Herman F. Bindseil, Appellant, Impleaded with Radhurst Realty and Construction Company and Others. — Judgment affirmed, with costs. No opinion.

In the Matter of George W. Adams, Deceased.— Decree affirmed, with costs. No opinion.

Annie Theresa Hearne Heise, Appellant, v. Frank M. Wells, Individu-